UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DINA SERRIEH,<br><br>          Plaintiff,<br><br>     v.<br><br>JILL ACQUISITION LLC,<br><br>          Defendant. | No. 23-cv-00292-DAD-AC<br><br>ORDER REMANDING ACTION TO THE PLACER COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES<br><br>(Doc. No. 25) |

On January 10, 2024, the parties stipulated to remand of this action to the Placer County Superior Court, where this action was originally filed. (Doc. No. 25.) Accordingly, and pursuant to the parties' stipulation, this action is remanded to the Place County Superior Court. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **January 11, 2024**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1